# DAWN M. FLORIO
## LAW FIRM PLLC

488 Madison Avenue, 20th Floor, New York, NY 10022
dawnfloriolaw.com | dawn@dawnfloriolaw.com | (212) 939-9539

February 27, 2024

<u>Via ECF</u>

Honorable Cathy Seibel, U.S.D.J.
Chambers (Room 633)
Charles L. Brieant United States Courthouse
300 Quarropas Street
White Plains, NY 10601

> Application granted. Ms. Florio shall remind Mr. Lucas that while he is on probation, he cannot travel without permission from his Probation Officer.
>
> 2/28/24
>
> SO ORDERED.
>
> *Cathy Seibel*
> CATHY SEIBEL, U.S.D.J.

Re:   23 CR 83
      <u>United States v. Fausto Lucas</u>

Honorable Justice Seibel;

I, Dawn M. Florio, represents Fausto Lucas on the above referenced matter.

On behalf of Mr. Lucas, we are requesting the return of his passport. I have spoken to AUSA Christopher Brumwell and USPO Karina Chin Vilefort and they consent to this request. I am requesting that this application be acknowledged and granted.

Thank you for your consideration in this matter. Should your Honor have any questions or concerns, please feel free to contact my office at your earliest convenience.

Thank you,

Dawn M. Florio

Dawn M. Florio, Esq
Attorney for Fausto Lucas